# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff/Respondent,

vs.

                                          **ORDER**
                                          Cr. No. 95-24(1) (MJD)

Alexander Faulkner,

        Defendant/Petitioner.

_____

        Petitioner is _pro se_.

_____

        Petitioner has moved the Court for reconsideration of this Court's Order dated December 21, 2005 denying his motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

        Local Rule 7.1(g) provides that motions for reconsideration are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances. The Court will treat Petitioner's motion for reconsideration as a request to file such a motion.

The Court has reviewed Petitioner's submission and finds no compelling circumstances upon which to grant permission to file a motion for reconsideration.

Accordingly, Petitioner's request to file a motion for reconsideration is DENIED.

Date: February 8, 2006

s / Michael J. Davis  
Michael J. Davis  
United States District Court
