## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

       Plaintiff/Respondent,

vs.

                                     **ORDER**
                               Cr. No. 95-24(1) (MJD)

Alexander Faulkner,

       Defendant/Petitioner.

_____

       Petitioner is _pro se_.

_____

       Petitioner has moved the Court for reconsideration of this Court's Order dated December 21, 2005 denying his motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Petitioner had previously moved for reconsideration, and such motion was denied by Order dated February 8, 2006.

       Local Rule 7.1(g) provides that motions for reconsideration are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances. The Court will treat Petitioner's motion for reconsideration as a request to file such a motion.

The Court has reviewed Petitioner's second submission and again finds no compelling circumstances upon which to grant permission to file a motion for reconsideration.

Accordingly, Petitioner's request to file a motion for reconsideration is DENIED.

Date: May 22, 2006

                                                              s / Michael J. Davis
                                                              Michael J. Davis
                                                              United States District Court